# In the United States Court of Federal Claims

No. 21-1330

(Filed: June 23, 2021)

|  |  |
|---|---|
| **PAUL MARK DE LA O, JR.,** | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| **UNITED STATES,** | ) ) ) |
| Defendant, | ) ) ) |

## ORDER FOR DISMISSAL

On April 30, 2021, plaintiff Paul Mark De La O, Jr. filed an unsigned complaint in this court listing two different addresses. *See* Compl., ECF No. 1. The court directed plaintiff to cure the filing deficiencies in the complaint by May 31, 2021. *See* Order of May 10, 2021, ECF No. 5. Pending before the court is defendant's motion to stay the deadline to respond to plaintiff's complaint until the court determines whether the complaint should be dismissed pursuant to its Order of May 10, 2021. *See* ECF No. 8.

Plaintiff has failed to cure the deficiencies in the complaint, and the time to do so has passed. Therefore, plaintiff's complaint is DISMISSED pursuant to Rule 41(b) of the Rules of the United States Court of Federal Claims for failure to comply with the court's order. Defendant's motion to stay is DENIED as moot. The clerk shall enter judgment accordingly.

No costs.

It is so **ORDERED**.

s/ Charles F. Lettow
Charles F. Lettow
Senior Judge